1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    LANCE IAN OSBAND,                          No.  2:13-cv-1755-EFB P

12                  Plaintiff,

13         v.                                    ORDER

14    SAN QUENTIN STATE PRISON
      WARDEN,
15
                  Defendant.
16

17        Plaintiff is state prisoner proceeding without counsel.  He has filed a document that

18   references the case number for the habeas (death penalty) action that he is pursuing in this court,

19   but the subject matter of the document does not relate to those proceedings.  Rather, it seems that

20   plaintiff wishes to pursue a civil action challenging a rules violation report charging him with

21   "sexual behavior (masturbation w/ exposure)" that he received on July 23, 2013 at California

22   State Prison, San Quentin.  *See* ECF No. 1.

23        To proceed with a civil action a plaintiff must pay the $400 filing fee required by 28

24   U.S.C. § 1914(a) or request leave to proceed in forma pauperis and submit the affidavit and trust

25   account statement required by 28 U.S.C. § 1915(a).  Plaintiff has neither paid the fee nor

26   submitted a proper application for leave to proceed in forma pauperis.  Plaintiff has 30 days to

27   either pay the fee or file a proper application.

28   /////

                                                  1

1    To properly commence a civil action, plaintiff must also file a signed complaint.  Fed. R.

2    Civ. P. 3.  Rule 8 requires that a complaint include "a short and plain statement of the claim"

3    showing entitlement to relief.  Fed. R. Civ. P. 8(a)(2).  A complaint must identify as a defendant

4    only persons who personally participated in a substantial way in depriving plaintiff of a federal

5    constitutional right.  *Johnson v. Duffy*, 588 F.2d 740, 743  (9th Cir. 1978) (a person subjects

6    another to the deprivation of a constitutional right if he does an act, participates in another's act or

7    omits to perform an act he is legally required to do that causes the alleged deprivation).  The

8    complaint must contain a caption including the names of all defendants.  Fed. R. Civ. P. 10(a).

9    Until plaintiff submits a proper complaint and either pays the filing fee or meets the

10   requirements of 28 U.S.C. § 1915(a), there simply is no case before the court.

11   Accordingly, IT IS HEREBY ORDERED that:

12   1. The Clerk of the Court is directed to mail to plaintiff a form application for leave to

13   proceed in forma pauperis and a form for filing a civil rights action under 42 U.S.C. § 1983.

14   2.  Plaintiff has 30 days from the date of service of this order to submit either the filing fee

15   or the application required by § 1915(a).

16   3.  Plaintiff has 30 days from the date of service of this order to submit a complaint.

17   4.  Failure to comply with this order may result in this action being dismissed.

18   DATED:  August 29, 2013.

19

20   _____
     EDMUND F. BRENNAN
21   UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28

2